UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN M. McFARLAND and CHERYL C. McFARLAND, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE RESOURCE CORPORATION, a foreign corporation, et al.,<br><br>Defendants. | No. C04-523Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court previously GRANTED Plaintiffs' request for reasonable attorney's fees in connection with Defendant's Motion to Compel and for Sanctions, docket no. 89, pursuant to Fed. R. Civ. P. 37(a)(4)(B). See Minute Order, docket no. 112. Plaintiffs now submit a declaration setting forth their attorney's fees as requested by the Court. Id. Rule 37 only allows fees incurred opposing the motion. The Court therefore limits Plaintiffs' award to fees incurred opposing the Motion to Compel, docket no. 89. Those fees are as follows: May 31 (2.6), June 3 (0.6), June 9 (3.3), June 10 (3.8), and June 17 (0.5). See Brown Decl., docket no. 114.

(2) Plaintiffs are awarded attorney's fees for a combined total of 10.8 hours at a reasonable hourly rate of $225, see Brown Decl., docket no. 114, ¶ 3, for a total award of $2,430. Defendant Mongan shall pay this amount within 15 days of this Order.

MINUTE ORDER 1–

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 29th day of August, 2005.

                                BRUCE RIFKIN, Clerk

                                  s/ Casey Condon
By _____
      Casey Condon
      Deputy Clerk

MINUTE ORDER   2–