UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEPHEN M. McFARLAND and CHERYL C. McFARLAND, husband and wife,

Plaintiffs,

v.

MORTGAGE RESOURCE CORPORATION, a foreign corporation, et al.,

Defendants.

No. C04-523Z

ORDER OF DEFAULT AS TO DEFENDANT MORTGAGE RESOURCES CORPORATION

ORDER OF DEFAULT

On March 4, 2005, the Court granted the motion to withdraw as counsel by Douglas Titus ("Titus"), and allowed Titus to withdraw as counsel for Defendants Mortgage Resources Corporation and John Queen. Minute Entry, docket no. 70. Defendant Mortgage Resources Corporation did not obtain new counsel. On May 16, 2005, the Court ordered Defendant Mortgage Resources Corporation to show cause why an Order of Default should not be entered for the Defendant's failure to obtain counsel. Minute Order, docket no. 84. The Court allowed Defendant Mortgage Resources Corporation sixty (60) days from the date of the Court's order to obtain new counsel or an Order of Default would be entered in favor

ORDER 1–

of Plaintiffs McFarland. Sixty days has passed and Defendant Mortgage Resources Corporation has failed to obtain new counsel or otherwise appear and defend this action.

A corporation may appear in federal court only through licensed counsel, and may not represent itself. <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 202 (1993); <u>see</u> <u>also</u> 28 U.S.C. § 1654. Entry of default is appropriate where a corporation fails to obtain counsel. <u>United States v. High Country Broad. Co.</u>, 3 F.3d 1244, 1245 (9th Cir. 1993).

Now therefore, Defendant Mortgage Resources Corporation is hereby ORDERED in Default.

IT IS SO ORDERED.

DATED this 18th day of November, 2005.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER  2–